Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **BETTY L. WADE,** | Civil No. 6:17-cv-01535-MC |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

_____

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $12,720.50 in attorney fees, out of which Plaintiff's attorney will refund to Plaintiff any Equal Access to Justice ("EAJA") fees received by counsel, awarded in the amount of $8,542.03, as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b).  Defendant shall pay this amount to Plaintiff's

counsel, Drew L. Johnson, PC, 1700 Valley River Dr., Eugene, OR  97401, less an administrative assessment pursuant to 42 U.S.C. 406(d).  There are no other costs.

IT IS SO ORDERED this day of June __13th__, 2019

                                            s/Michael J. McShane
                                            U.S. District Judge/Magistrate Judge

PRESENTED BY:

By:    /s/ SHERWOOD J. REESE
        Sherwood J. Reese, OSB #144130
        Of Attorneys for Plaintiff